UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 02-10271
                                                   Chapter 7
WILLIAM REGISTER, &
SUSAN REGISTER,

      Debtors.

WILLIAM REGISTER, &
SUSAN REGISTER,

      Plaintiffs,                          Adv. Pro. No. 08-1105

  v.

HB&G BUILDING PRODUCTS, INC.,
D/B/A HENDERSON, BLACK &
GREENE, INC.

      Defendant

## MEMORANDUM DECISION

This Adversary Proceeding comes before the Court upon Plaintiffs William and Susan Register Motion for entry of Default Judgment. (Doc. 6). Based upon its review of the record in this Adversary Proceeding, it appears that service of process was made upon the Defendant on October 10, 2008. The Court's record does not indicate that an answer or appearance has been made by the Defendant and Plaintiffs' counsel has advised that no answer has been received by him. It appears that Plaintiffs' Motion for entry of Default Judgment should be GRANTED. The Court will enter judgment by way of a separate document.

Done this 16th day of December, 2008.

                              /s/ William R. Sawyer
                              United States Bankruptcy Judge

c: Allen C. Jones, Attorney for Defendant
   David G. Poston, Attorney for Plaintiffs